IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Pearl Henyard, <br><br>　　　Plaintiff, <br><br>vs. <br><br><br>MV Transportation, Inc., et allis <br>　　　Defendants. <br>_____ | | CASE No. 15-CV-10835 <br><br><br><br><br> Judge Chang |

**MOTION TO NOTIFY COURT OF ADDITIONAL INFORMATION RELATED TO CASE AFTER DISMISSAL FOR WANT OF PROSECUTION AND FOR ANY FURTHER INSTRUCTIONS**

NOW COMES Joseph Selbka, former appointed attorney for Pearl Henyard ("Former Appointed Attorney" or "Mr. Selbka"), and moves to notify this Court of additional information after the case was dismissed for want of prosecution and for any further instructions as to how to proceed should the Court reconsider its order of November 15, 2016. In support of his motion, Mr. Selbka states as follows:

1) On November 15, 2016, the Court heard Mr. Selbka's Motion for Guidance regarding his inability to communicate with Ms. Henyard. The Court then dismissed the matter for want of prosecution.

2) At the November 15, 2016, status, the Court inquired whether the letter which Mr. Selbka wrote to Ms. Henyard had been returned as undeliverable. Mr. Selbka had not received a returned letter as of the status.

3) Mr. Selbka subsequently received the letter sent to Ms. Henyard as undeliverable.

4) Mr. Selbka has no way to communicate with Ms. Henyard as she is not returning calls and apparently can't receive mail.

5) Part of the reason the Court dismissed the case for want of prosecution on November 15, 2016, was that Ms. Henyard had received the letter and not contacted Mr. Selbka.

6) Mr. Selbka thus felt it necessary to inform the Court that Ms. Henyard never received the November 15, 2016, letter.

Wherefore, for the abovestated reasons, Joseph Selbka, former appointed attorney for Pearl Henyard, files this motion to inform the Court of additional information which became available after the November 15, 2016, status and to take any further action or be provided any further instructions the Court deems necessary in light of this new information.

Dated: December 15, 2016            Respectfully Submitted,

                                    Joseph P. Selbka

                                    By:  /s/ Joseph P. Selbka

Joseph P. Selbka #6238063
3701 Algonquin Rd., Suite 390
Rolling Meadows, Illinois 60008
(847) 749-2239

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that I have electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system and have properly served a copy of this document to all attorneys of record who have filed appearances in this case and have elected to receive such service through Court's CM/ECF system.

Date:   December 15, 2016                                          /s/ Joseph P. Selbka

Case: 1:15-cv-10835 Document #: 42 Filed: 12/15/16 Page 4 of 4 PageID #:97