FILED
JAN 13 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Pearl Henyard  
Plaintiff

v.

MV Transportation, et al.  
Defendant

Case Number: 1:15-CV-10835

Judge: The Honorable Edmond E. Chang

Magistrate Judge: Magistrate Judge Cox

## Plaintiff's Motion to Vacate Judgment

Plaintiff, Pearl Henyard hereby file motion to this Court's November 15, 2016, dismissed with prejudice for lack of prosecution, due to non-receipt of documentation and respectfully states as follows:

1. The Plaintiff, Pearl Henyard failure to appear and report was not the result of delay or a failure to prosecute by the Plaintiff, and therefore, should not result in the dismissal of Plaintiff case.

2. The failure to appear and report was due to non-receipt of the letter that was sent to Plaintiff which was not returned as undeliverable. In receipt of this letter, Plaintiff would have appeared at the status hearing that was held, and would have been in contact with counsel.

3. Plaintiff know its her primary responsibility for prosecuting in a diligent manner. Plaintiff wishes to pursue the case.

1/13/2017

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Pearl Henyard
Plaintiff

v.

MV Transportation, et al.
Defendant

Case Number: 1:15-cv-10835

Judge: The Honorable Edmond E. Chang

Magistrate Judge: Magistrate Judge Cox

Plaintiffs Motion to Vacate Judgment

Wherefore, Plaintiff respectfully request that the Court vacate judgment.

Pearl Henyard
By: Pearl Henyard
Plaintiff
1340 S. Troy
Chicago, Illinois 60623
773-542-1384

Pearl Henyard 1/13/2017

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

JAN 13 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Pearl Henyard
Plaintiff

v.

Mv. Transportation, et al.
Defendant

Case Number: 1:15-CV-10835

Judge: The Honorable Edmond E. Chang

Magistrate Judge: Magistrate Judge Cox

## Notice of Filing

TO: The Honorable Edmond E. Chang
Judge of the U.S District Court, Northern District
219 South Dearborn Street
Chicago, Illinois 60604

Please Take Notice that on the 13th of January, 2017, I have filed with the clerk of the Northern District of Illinois, Plaintiff Pearl Henyard response to motion to vacate judgment.

Pearl Henyard
By: Pearl Henyard
Plaintiff
1340 S. Troy
Chicago Illinois 60623
Phenyard@yahoo.com

1/13/2017