# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

May 20, 2021

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*

**WILLIAM J. BAUER,** *Circuit Judge*

**MICHAEL S. KANNE,** *Circuit Judge*

**DIANE P. WOOD,** *Circuit Judge*

|  | PEARL HENYARD,<br>        Plaintiff - Appellant<br><br>v.<br><br>MV TRANSPORTATION and PACE, the Suburban Bus Division of the Regional Transportation Authority,<br>        Defendants - Appellees |
|---|---|
| No. 20-3462 |  |
| **Originating Case Information:** | |
| District Court No: 1:15-cv-10835<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**     (form ID: **132**)