# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 30, 2021

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604-0000

| | |
|---|---|
| No. 20-3462 | PEARL HENYARD,<br>          Plaintiff - Appellant<br><br>v.<br><br>MV TRANSPORTATION and PACE, the Suburban Bus Division of the Regional Transportation Authority,<br>          Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:15-cv-10835<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                              No record to be returned

form name: **c7_Mandate**    (form ID: **135**)